UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JASON LEE SUTTON,

    Plaintiff,

    v.

STATE OF WASHINGTON, *et al.*,

    Defendants.

Case No. C04-5642FDB

SECOND ORDER DENYING COUNSEL

    This Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). Before the court is plaintiff's motion for appointment of counsel. (Dkt. # 57). This is the second such motion in this action. This motion is in letter form and addressed to a court employee Sharon Haas. (Dkt. # 57). As the court explained before.

    There is no right to have counsel appointed in cases brought under 42 U.S.C. § 1983. Although the court, under 28 U.S.C. § 1915(d), can request counsel to represent a party proceeding *in forma pauperis*, the court may do so only in exceptional circumstances. Wilborn v. Escalderon, 789 F.2d 1328, 1331 (9th Cir. 1986); Franklin v. Murphy, 745 F.2d 1221, 1236 (9th Cir. 1984); Aldabe v. Aldabe, 616 F.2d 1089 (9th Cir. 1980). A finding of exceptional circumstances requires an evaluation of both the likelihood of success on the

ORDER
Page - 1

merits and the ability of the plaintiff to articulate his claims *pro se* in light of the complexity of the legal issues involved.  Wilborn, 789 F.2d at 1331.

It appears that this case does not involve exceptional circumstances which warrant appointment of counsel.  Accordingly, Plaintiff's Motion to Appoint Counsel is **DENIED**.

 The clerk is directed to send copies of this order to plaintiff and remove docket number 2 from the court's calendar.

DATED this 14th day of June, 2005.

/S/ *J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge