UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JASON LEE SUTTON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF WASHINGTON, *et al.*,<br><br>　　　　　　Defendants. | Case No.  C04-5642FDB<br><br>ORDER |

　　　　This Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). Before the court is plaintiff's second motion to supplement the complaint.  (Dkt. # 64).  Defendants oppose the motion.  (Dkt. # 68).

　　　　Plaintiff complains that the short plain statement of the claim required by Fed. R. Civ. P 8 does not allow for "all the fact."  He seeks to add a 59 page supplemental brief. (Dkt. # 64). As defendants note a short plain statement of the case is all that is needed.  The current active complaint is all that is required. (Dkt. # 68).  Further, this action has already been the subject of some confusion as a result of multiple complaints being filed  The motion is **DENIED.**

　　　　The clerk is directed to send copies of this order to plaintiff and counsel for defendants.

　　　　DATED this 25th day of July, 2005.

　　　　　　　　　　　　　　　　　　　　　　　　*/S/ J. Kelley Arnold*
　　　　　　　　　　　　　　　　　　　　　　　　J. Kelley Arnold
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER
Page - 1