DISTRICT JUDGE FRANKLIN D. BURGESS
MAGISTRATE JUDGE J. KELLEY ARNOLD

```
_____ FILED _____ LODGED
        _____ RECEIVED

           JAN 25 2006

        CLERK U.S. DISTRICT COURT
   WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                    DEPUTY
```

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

JASON LEE SUTTON,

        Plaintiff,

v.

STATE OF WASHINGTON, ET AL.,

        Defendants.

NO. C04-5642FDB-JKA

[~~PROPOSED~~] AGREED ORDER STAYING PROCEEDINGS

The Court having reviewed the records and files in this matter, and the parties having agreed to the proposed stay of proceedings,

**IT IS HEREBY ORDERED THAT:**

1. A stay of proceedings in this matter is GRANTED until Plaintiff's pending criminal matters have been resolved; *provided the stay shall terminate January 24, 2007 unless extended in writing by the court* (JKA)

2. When and after Plaintiff's criminal matters have been resolved, and after agreement of both parties, this case shall be resumed.

//

//

//

(PROPOSED) AGREED ORDER
STAYING PROCEEDINGS
(C04-5642FDB-JKA)

1

ATTORNEY GENERAL OF WASHINGTON
Criminal Justice Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445

1  3.  The Clerk of the Court is instructed to send uncertified copies of this Order to
2  the Plaintiff and counsel for Defendants.
3  DATED this 25 day of JANUARY, 2006.

6  J. KELLEY ARNOLD
7  ~~HONORABLE FRANKLIN D. BURGESS~~
   United States ~~District Court~~ Judge
   MAGISTRATE

8  Submitted by:

9  ROB MCKENNA
   Attorney General

11 /s/ Allison M. Stanhope
   ALLISON M. STANHOPE, WSBA #30486
12 Assistant Attorney General
   Attorneys for Defendants

15 /s/ Jason Lee Sutton
   JASON LEE SUTTON
16 Pro Se Plaintiff

(PROPOSED) AGREED ORDER
STAYING PROCEEDINGS
(C04-5642FDB-JKA)

2

ATTORNEY GENERAL OF WASHINGTON
Criminal Justice Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445