UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JASON LEE SUTTON, | Case No.  C04-5642FDB |
| Plaintiff, | ORDER |
| v. | |
| STATE OF WASHINGTON, *et al.*, | |
| Defendants. | |

This Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B).  Before the court is plaintiff's motion asking he be allowed to proceed as a "U.S. Citizen in party."  (Dkt. # 81).  Defense counsel filed a letter indicating they do not intend to respond to this motion unless directed to do so.  (Dkt. # 83).

Plaintiff indicates the court should not hold plaintiff to the standard of a *pro se* and that plaintiff is not a legal student or member of the Washington State Bar Association.  (Dkt. # 81).  Plaintiff's motion seems to stem from a misunderstanding of what the term *pro se* means.

The term is Latin for "by ones self" or "for ones self."  As used in this case the term means plaintiff is acting as his own attorney.  Because the plaintiff is proceeding *pro se* his pleadings are liberally interpreted by the court, however, there are limits on how far the court can go in liberally interpreting a pleading.  Pena v. Gardner, 976 F.2d 469 (9th Cir. 1992).

ORDER
Page - 1

    Thus, by recognizing plaintiff as a *pro se* his pleadings are held to a less stringent standard then they otherwise would be. The motion is **DENIED.**

    The clerk is directed to send copies of this order to plaintiff and counsel and remove docket number 81 from the court's calendar.

    DATED this 30th day of January, 2006.

    */S/ J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge

ORDER
Page - 2