UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JASON LEE SUTTON,<br><br>        Plaintiff,<br><br>    v.<br><br>STATE OF WASHINGTON, *et al.*,<br><br>        Defendants. | Case No.  C04-5642FDB<br><br>ORDER GRANTING IN PART AND DENYING IN PART A SECOND STIPULATED STAY OF THIS ACTION |

       This Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). Before the court is a stipulated agreement extending the stay in this action until plaintiff's criminal trial in Pierce County has been resolved (Dkt. # 89).  The proposed order would stay this action until the criminal matter was, "resolved," and the parties agreed the case could resume (Dkt. # 89, proposed order).

       This action was originally filed in September of 2004.  The action is more than two years old.  The court understands the parties not wishing to litigate while the plaintiff is involved with a criminal trial, however, this action needs to proceed.  The court will continue the stay in this matter until **April 6, 2007.** No further stay will be considered absent good cause.

       The Clerk of Court is directed to send a copy of this Order to plaintiff and to counsel for defendants and to note the **April 6, 2007** date on the court's calendar.

       DATED this 29 day of January, 2007.

                              */S/ J. Kelley Arnold*
                              J. Kelley Arnold
                              United States Magistrate Judge