UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JASON LEE SUTTON,

    Plaintiff,

v.

STATE OF WASHINGTON, *et al.*,

    Defendants.

Case No. C04-5642FDB

ORDER DENYING PLAINTIFF' MOTION TO EXTEND DISCOVERY IN THIS CASE

    This Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). Before the court is plaintiff's motion to extend the discovery deadlines in this case (Dkt. # 97). Defendants oppose the motion and note there have been several rounds of discovery (Dkt. # 100).

    Defendants note that since the filing of this motion all outstanding discovery has either been answered or objected to (Dkt. # 100). The court has considered the file and notes there were several rounds of discovery in 2005 prior to this action being stayed. In addition the court allowed additional discovery after the stay was lifted. Plaintiff does not point to any specific item or piece of information he claims to need that he has not received. The motion is **DENIED.**

    The clerk is directed to send copies of this order to plaintiff and counsel for defendants and to remove docket number 97 from the court's calendar.

    DATED this 10 day of September, 2007.

                                           /S/ *J. Kelly Arnold*
                                           J. Kelley Arnold
                                           United States Magistrate Judge