1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10

11

12

13

14

JASON LEE SUTTON,

          Plaintiff,

      v.

STATE OF WASHINGTON, *et al.*,

          Defendants.

Case No. C04-5642FDB

ORDER OF REMAND TO
MAGISTRATE JUDGE

15

16

       The Magistrate Judge filed a Report and Recommendation, to which the Defendants filed a response submitting new evidence.

17

18

       ACCORDINGLY, IT IS ORDERED: this matter is REMANDED to the Magistrate Judge for further proceedings in light of new evidence submitted by Defendants.

19

       DATED this 15th day of January, 2008.

20

21

22

                                
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

23

24

25

26  ORDER - 1