UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JASON LEE SUTTON,

    Plaintiff,

v.

STATE OF WASHINGTON, *et al.*,

    Defendants.

Case No.  C04-5642FDB/JKA

ORDER GRANTING DEFENDANTS MOTION FOR AN EXTENSION OF TIME TO FILE A JOINT STATUS REPORT

    This Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). Before the court is defendant's motion asking for an extension of time to file a joint status report (Dkt. # 118).  The schedule of this case has been slowed by re-referral of a summary judgment after a Report and Recommendation.

    The defendants motion is **GRANTED.**  A joint status report will be due on or before **May 30, 2008**.  The Clerk is directed to send plaintiff and counsel for defendants a copy of this Order.

    DATED this 11 day of March, 2008.

                                        */S/ J. Kelley Arnold*
                                        J. Kelley Arnold
                                        United States Magistrate Judge

ORDER
Page - 1