# United States District Court

WESTERN DISTRICT OF WASHINGTON

JASON LEE SUTTON                                            JUDGMENT IN A CIVIL CASE

        v.

STATE OF WASHINGTON, et al.                                 CASE NUMBER: C04-5642FDB

\_\_\_\_\_  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 XX   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

1. Defendant's Motion for Summary Judgment is GRANTED, and the Court ADOPTS the Report and Recommendation as to the claims and defendants that the Magistrate Judge recommends for dismissal and DECLINES to adopt the Report and Recommendations as to Defendants Olson and Heaward.

2. Plaintiff's causes of action are DISMISSED against all defendants.


March 13, 2008                                              BRUCE RIFKIN
                                                            Clerk


                                                            s/ D. Forbes
                                                            By, Deputy Clerk